

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CALDERON GONZALEZ JESUS ANTONIO,

Petitioner,

v.

Warden, Imperial Regional Detention Center,

Respondent.

Case No.: 26-CV-2888 JLS (JLB)

**ORDER (1) DENYING TEMPORARY RESTRAINING ORDER AS MOOT AND (2) DISMISSING ACTION WITHOUT PREJUDICE**

(ECF Nos. 7, 12)

Presently before the Court is Petitioner's Motion for Temporary Restraining Order (ECF No. 7) and Notice of Voluntary Dismissal (ECF No. 12). Petitioner has another habeas petition pending before the Court. *See Calderon Gonzalez v. Casey, et al.*, No. 26-CV-3537-JLS-JLB (S.D. Cal). Thus, Petitioner now voluntarily dismisses this petition pursuant to Federal Rule of Civil Procedure 41(a)(1). *See* ECF No. 12.

/ / /

/ / /

/ / /

/ / /

/ / /

1

26-CV-2888 JLS (JLB)

Accordingly, the Court **DENIES AS MOOT** Petitioner's Motion for Temporary Restraining Order (ECF No. 7) and **DISMISSES WITHOUT PREJUDICE** this action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 25, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2888 JLS (JLB)